B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Kentucky

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):**<br>Clinton County Hospital, Inc. | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| **All Other Names used by the Debtor in the last 8 years** (include married, maiden, and trade names):<br>FDBA Clinton County War Memorial Hospital | **All Other Names used by the Joint Debtor in the last 8 years** (include married, maiden, and trade names): |
| **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN** (if more than one, state all)<br>61-6008014 | **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN** (if more than one, state all) |
| **Street Address of Debtor** (No. and Street, City, and State):<br>723 Burkesville Rd<br>Albany, KY<br>ZIP Code: 42602 | **Street Address of Joint Debtor** (No. and Street, City, and State):<br>ZIP Code: |
| **County of Residence or of the Principal Place of Business:**<br>Clinton | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor (if different from street address):**<br>ZIP Code: | **Mailing Address of Joint Debtor (if different from street address):**<br>ZIP Code: |
| **Location of Principal Assets of Business Debtor** (if different from street address above): | |

## Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Clinton County Hospital, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Clinton County Hospital, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ David M Cantor**
Signature of Attorney for Debtor(s)

**David M Cantor**
Printed Name of Attorney for Debtor(s)

**Seiller Waterman LLC**
Firm Name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**

Address

**502-584-7400  Fax: 502-583-2100**
Telephone Number

**October 15, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ J.D. Mullins**
Signature of Authorized Individual

**J.D. Mullins**
Printed Name of Authorized Individual

**Administrator**
Title of Authorized Individual

**October 15, 2014**
Date

# MINUTES OF SPECIAL MEETING
# OF
# CLINTON COUNTY HOSPITAL, INC.

A special meeting of the Board of Directors of Clinton County Hospital, Inc., was held on Tuesday, September 30, 2014 at the hospital. Present were Keith McWhorter, Bob Talbott, William Powell, Tommy Betram and Rodney Little. By invitation, the hospital administrator, J. D. Mullins was also present.

The Chairman of the Board stated that the company was unable to pay its debts as they accrued. Upon motion duly made, and seconded, the following resolutions were unanimously carried:

> RESOLVED, that the company file a voluntary petition for relief pursuant to Chapter 11 of 11 U.S.C. and that J.D. Mullins, Administrator is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution.
>
> BE IT FURTHER RESOLVED that the company retain David M. Cantor and the firm of Seiller Waterman LLC to represent it in its bankruptcy proceeding.

There being no additional business to come before the board, the meeting was adjourned.

/s/ Keith McWhorter
Keith McWhorter, Chairman of the Board

G:\doc\DMC\CLINTON COUNTY HOSPITAL\CorpRes.wpd

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Clinton County Hospital, Inc.**                              Case No.
                                           Debtor(s)                  Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **USDA**<br>**Rural Development - London Office**<br>**100 Fortress Properties St Ste 3**<br>**London, KY 40741** | **USDA**<br>**Rural Development - London Office**<br>**100 Fortress Properties St Ste 3**<br>**London, KY 40741** | **Real estate & A/R** | | **17,380,120.00**<br><br>**(9,485,928.00 secured)** |
| **Dept for Medicaid Services**<br>**Attn: Fred Culbertson**<br>**Division of Fiscal Management 6W-C**<br>**275 East Main St**<br>**Frankfort, KY 40621** | **Dept for Medicaid Services**<br>**Attn: Fred Culbertson**<br>**Division of Fiscal Management 6W-C**<br>**Frankfort, KY 40621** | | | **215,749.00** |
| **ERX, LLC**<br>**9724 Kingston Pike Ste. 406**<br>**Knoxville, TN 37922** | **ERX, LLC**<br>**9724 Kingston Pike Ste. 406**<br>**Knoxville, TN 37922** | | | **45,642.80** |
| **American Red Cross**<br>**PO Box 905890**<br>**Charlotte, NC 28290-5890** | **American Red Cross**<br>**PO Box 905890**<br>**Charlotte, NC 28290-5890** | | | **7,760.56** |
| **Fisher Healtcare**<br>**PO Box 404705**<br>**Atlanta, GA 30384-4705** | **Fisher Healtcare**<br>**PO Box 404705**<br>**Atlanta, GA 30384-4705** | | | **7,521.95** |
| **Seneca Medical, Inc.**<br>**PO Box 636705**<br>**Cincinnati, OH 45263-6705** | **Seneca Medical, Inc.**<br>**PO Box 636705**<br>**Cincinnati, OH 45263-6705** | | | **6,161.33** |
| **Coop Plumbing**<br>**1088 Cave Springs Rd.**<br>**Albany, KY 42602** | **Coop Plumbing**<br>**1088 Cave Springs Rd.**<br>**Albany, KY 42602** | | | **5,500.00** |
| **Biomerieux**<br>**100 Rodolphe Ave**<br>**Durham, NC 27712** | **Biomerieux**<br>**100 Rodolphe Ave**<br>**Durham, NC 27712** | | | **5,187.73** |
| **Southern Surgical Support**<br>**1209 Wembly Ct.**<br>**Knoxville, TN 37922** | **Southern Surgical Support**<br>**1209 Wembly Ct.**<br>**Knoxville, TN 37922** | | | **4,365.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Clinton County Hospital, Inc.**                                      Case No.  _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Disability Medical Consultants**<br>**Attn; JR Duff**<br>**1131 Fairway St**<br>**Bowling Green, KY 42103** | **Disability Medical Consultants**<br>**Attn; JR Duff**<br>**1131 Fairway St**<br>**Bowling Green, KY 42103** | | | 2,347.70 |
| **William A. Kramer & Assoc., Inc.**<br>**200 E. Utica St.**<br>**Sellersburg, IN 47172** | **William A. Kramer & Assoc., Inc.**<br>**200 E. Utica St.**<br>**Sellersburg, IN 47172** | | | 2,329.00 |
| **Airgas**<br>**PO Box 532609**<br>**Atlanta, GA 30353-2609** | **Airgas**<br>**PO Box 532609**<br>**Atlanta, GA 30353-2609** | | | 2,119.34 |
| **CR Bard**<br>**605 No. 5600 West**<br>**Salt Lake City, UT 84116** | **CR Bard**<br>**605 No. 5600 West**<br>**Salt Lake City, UT 84116** | | | 1,892.00 |
| **Med Corp, LLC**<br>**5735 Benjamin Center DR.**<br>**Tampa, FL 33634** | **Med Corp, LLC**<br>**5735 Benjamin Center DR.**<br>**Tampa, FL 33634** | | | 1,416.50 |
| **Logan's Linen**<br>**PO Box 643958**<br>**Cincinnati, OH 45264-3958** | **Logan's Linen**<br>**PO Box 643958**<br>**Cincinnati, OH 45264-3958** | | | 1,332.72 |
| **Office Depot**<br>**PO Box 633211**<br>**Cincinnati, OH 45263-3211** | **Office Depot**<br>**PO Box 633211**<br>**Cincinnati, OH 45263-3211** | | | 840.65 |
| **Abbott Point of Care**<br>**400 College Rd East**<br>**Princeton, NJ 08540** | **Abbott Point of Care**<br>**400 College Rd East**<br>**Princeton, NJ 08540** | | | 794.82 |
| **Parts Source**<br>**PO Box 645186**<br>**Cincinnati, OH 45264-5186** | **Parts Source**<br>**PO Box 645186**<br>**Cincinnati, OH 45264-5186** | | | 668.57 |
| **Hologic**<br>**24506 Network Place**<br>**Chicago, IL 60673-1245** | **Hologic**<br>**24506 Network Place**<br>**Chicago, IL 60673-1245** | | | 600.00 |
| **American Paper & Twine Co.**<br>**PO Box 90348**<br>**Nashville, TN 37209** | **American Paper & Twine Co.**<br>**PO Box 90348**<br>**Nashville, TN 37209** | | | 589.39 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Clinton County Hospital, Inc.**                                                   Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Administrator of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 15, 2014**                        Signature  **/s/ J.D. Mullins**
                                                                        **J.D. Mullins**
                                                                        **Administrator**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
Abbott Point of Care
400 College Rd East
Princeton NJ 08540

Ability Network Inc.
Dept. CH 16577
Palatine IL 60055-6577

Air Evac Lifeteam
AE14
106 Emergency Services Dr
Albany KY 42602

Airgas
PO Box 532609
Atlanta GA 30353-2609

Albany Plumbing & Electric
144 Wolf River Dock Rd
Albany KY 42602

American Paper & Twine Co.
PO Box 90348
Nashville TN 37209

American Red Cross
PO Box 905890
Charlotte NC 28290-5890

Arrow International
PO Box 60519
Charlotte NC 28260

Biomerieux
100 Rodolphe Ave
Durham NC 27712

Borden Dairy Co.
PO Box 905064
Charlotte NC 28290-5064

Cannon Industrial Products, Inc.
PO Box 291344
Nashville TN 37229

Carl & Frances Smith
c/o Frank Yates, Jr., Esq.
4602 Southern Parkway, Ste. B-2
Louisville KY 40214

Chandler's Office Supply
210 E Main St.
Campbellsville KY 42718-2240
```

```
Columbia Medical Equipment
PO Box 550
Columbia KY 42728

Coop Plumbing
1088 Cave Springs Rd.
Albany KY 42602

CR Bard
605 No. 5600 West
Salt Lake City UT 84116

Cumberland Service Exterminators
1399 East Hwy 452
Eubank KY 42567

Dept for Medicaid Services
Attn: Fred Culbertson
Division of Fiscal Management 6W-C
275 East Main St
Frankfort KY 40621

Disability Medical Consultants
Attn; JR Duff
1131 Fairway St
Bowling Green KY 42103

ERX, LLC
9724 Kingston Pike Ste. 406
Knoxville TN 37922

First & Farmers National Bank
200 S Washington
Albany KY 42602

First & Farmers National Bank
c/o David Choate, Esq.
PO Box 385
Albany KY 42602

Fisher Healtcare
PO Box 404705
Atlanta GA 30384-4705

Guardian IPCO
PO Box 380128
Birmingham AL 35238-0128

Hologic
24506 Network Place
Chicago IL 60673-1245

Logan's Linen
PO Box 643958
Cincinnati OH 45264-3958
```

```
Marina & Steve Bridgeman
c/o Thomas E. Carroll, Esq.
Carroll & Turner, P.S.C.
56 Court St
Monticello KY 42633

Masimo Americas, Inc.
PO Box 51210
Los Angeles CA 90051-5510

Med Corp, LLC
5735 Benjamin Center DR.
Tampa FL 33634

Morrison's
235 Transfer Station Rd.
Albany KY 42602

Office Depot
PO Box 633211
Cincinnati OH 45263-3211

Parts Source
PO Box 645186
Cincinnati OH 45264-5186

Sanofi Pasteur, Inc.
12458 Collection Center Dr
Chicago IL 60693

Seneca Medical, Inc.
PO Box 636705
Cincinnati OH 45263-6705

Southern Surgical Support
1209 Wembly Ct.
Knoxville TN 37922

Tara Michelle Henderson
c/o Andre F. Regard, Esq.
Regard Law Group, PLLC
269 W. Majn St. Ste. 600
Lexington KY 40507

Thermo Fisher Financial
PO Box 712441
Cincinnati OH 45271-2441

UPS
Lockbox 577
Carol Stream IL 60132-0577
```

```
USDA
Rural Development - London Office
100 Fortress Properties St Ste 3
London KY 40741

USDA
Michael F Spaulding, Esq.
US Attorney's Office
717 W. Broadway
Louisville KY 40202

William A. Kramer & Assoc., Inc.
200 E. Utica St.
Sellersburg IN 47172
```